| 1. Person Reporting (Last name, First name, Middle initial)<br><br>MCCURN, NEAL P | 2. Court or Organization<br><br>US DISTRICT COURT NDNY | 3. Date of Report<br><br>4/1/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial  ◉ Annual  ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>P.O. BOX 7365<br>100 S. CLINTON ST<br>SYRACUSE, NY 13261-7365 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

> IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Visitors | Syracuse University College of Law |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | NY State Employees Retirement System | 2,587 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCURN, NEAL P | 4/1/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Brokerage Accts.(Common Stocks&Bonds) UBS&R C Dain Rauscher: | | | | | | | | | |
| 2. AT & T | A | DIV | J | T | | | | | |
| 3. AT&T Wireless Serv., Inc | | None | | | sold | 10/27 | J | B | |
| 4. QWEST | | None | J | T | | | | | |
| 5. Bell South | A | DIV | K | T | | | | | |
| 6. SW Bell | A | DIV | K | T | | | | | |
| 7. EOG Res. Inc | A | Dividend | J | T | | | | | |
| 8. Ingersol Rand Co. | A | Dividend | | | sold | 3/17 | J | B | |
| 9. Hewlett Packard | A | Dividend | J | T | | | | | |
| 10. NYS Urban Dev. Corp Bond | A | Interest | J | T | | | | | |
| 11. Bio Tech HLDRS Dep Rcpts | | None | K | T | | | | | |
| 12. Eastman Chemical | A | Dividend | | | sold | 3/17 | J | A | |
| 13. Eastman Kodak | A | Dividend | | | sold | 3/17 | J | A | |
| 14. Amer.Elect.Power Co. | B | Dividend | K | T | | | | | |
| 15. IBM | A | Dividend | K | T | | | | | |
| 16. Intuitive Surgical - Stock | | None | J | T | | | | | |
| 17. XEROX | A | Dividend | J | T | | | | | |
| 18. LSI Logis - Stock | | None | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MCCURN, NEAL P | 4/1/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. YUM Brands | | None | J | T | | | | | |
| 20. SunMicrosystems, Inc. | | None | J | T | | | | | |
| 21. Mototola | A | Dividend | J | T | | | | | |
| 22. Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 23. First Busey Corp | A | Dividend | J | T | | | | | |
| 24. Comcast | A | Dividend | J | T | | | | | |
| 25. Lucent Tech | | None | J | T | | | | | |
| 26. Campbell Strategic Allocation Fund | D | Dividend | M | T | | | | | |
| 27. Conagra Foods Common Stock | A | Dividend | | | sold | 3/17 | J | B | |
| 28. Franklyn NY Intermediate Term Tax Free Class A | D | Dividend | | | sold | 3/17 | M | D | |
| 29. Kansas City Mun Bonds | | None | K | T | buy | 6/17 | K | | |
| 30. Long Island NY Power Auth. | | None | K | T | buy | 3/17 | K | | |
| 31. So. Carolina St. Pub Bonds | B | Dividend | K | T | buy | 7/22 | K | | |
| 32. UBS M2 Fund | A | Dividend | J | T | | | | | |
| 33. UBS IRA ACCT: (Common Stocks&Bonds): | E | Div&Int | N | T | | | | | |
| 34. WYETH (Successor to Amer. Home Prod-Stock) | | | | | | | | | |
| 35. Bristol Myers | | | | | | | | | |
| 36. New Econ. Fund | | | | | | | | | |

1. Income/Gain Codes   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MCCURN, NEAL P | 4/1/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Asset (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Boston Sci. | | | | | | | | | |
| 38. UNILEVER | | | | | Buy | 9/30 | J | | |
| 39. Home Depot | | | | | | | | | |
| 40. Halliburton Com | | | | | | | | | |
| 41. Lilly Eli & Co | | | | | | | | | |
| 42. Philips Pet Com Stock | | | | | sold | 5/17 | K | A | |
| 43. Simon Prop Group-REIT | | | | | | | | | |
| 44. UTD DOM Realty REIT | | | | | | | | | |
| 45. Target Co. | | | | | | | | | |
| 46. Time Warner (formerly AOL-Time-Warner) | | | | | | | | | |
| 47. Zimmer Common | | | | | sold | 3/17 | J | B | |
| 48. GMAC Bond | | | | | | | | | |
| 49. VODA Phone Group Bond | | | | | | | | | |
| 50. Ford Motor Credit Co. Bond | | | | | redemption | 9/20 | J | A | |
| 51. INDIVIDUAL ACCOUNT: held in NPMcCurn name) | | | | | | | | | |
| 52. U.S. Savings Bonds | | None | K | T | | | | | |
| 53. Dryfus Emer.LDR Fund | A | Dividend | L | T | | | | | |
| 54. Dryfus Midcap Value Fund | A | Dividend | L | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$60,000
   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MCCURN, NEAL P | 4/1/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Dryfus Appreciation Fund | A | Dividend | J | T | | | | | |
| 56. Syracuse Police Fed. Cr. Union | B | Dividend | K | T | | | | | |
| 57. M & T Bank Syracuse | A | Interest | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| | U = Book Value | V = Other | W = Estimated | | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MCCURN, NEAL P | 4/1/2005 |

VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date  4-1-05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

P.O. BOX 7365

100 SOUTH CLINTON STREET

SYRACUSE, NEW YORK 13261-7365

CHAMBERS OF
NEAL P. McCURN
SENIOR JUDGE

TEL: 315.234.8590

June 2, 2005

RECEIVED
JUN 8 II 24 AM '05
FINANCIAL
DISCLOSURE OFFICE

Mary M. Lisi, Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E. Suite 2-301
Washington, D.C.  20544

Re: 2004 Financial Disclosure Report

Dear Judge Lisi:

In response to your inquiry letter of May 27, 2005, please be advised that I inadvertently failed to report the sale of my IRA stock in "Merk & Co."  My report should be corrected to list under Column "D" concerning Merk & Co.:

(1) Sold
(2) 11/28/04
(3) J
(4) A

Very truly yours,

Neal P. McCurn
Senior U.S. District Judge

NPMC:jw